UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRADLEY DAVID KNIRNSCHILD,<br><br>        Plaintiff,<br><br>vs.<br><br>BRADLEY BIGFORD,<br><br>        Defendant. | Case No. 1:20-cv-00327-BLW<br><br>**SUCCESSIVE REVIEW ORDER** |

    Plaintiff has filed a Third Amended Complaint against Defendant Bradley Bigford, a physician's assistant at the Ada County Jail, in his individual capacity. Having reviewed the pleading, the Court concludes that Plaintiff has stated colorable Eighth Amendment claims against the Defendant upon which he will be permitted to proceed.

    Plaintiff has amended out his claims against Ada County, and so the Court will dismiss that action and de-consolidate the two cases.

### ORDER

**IT IS ORDERED:**

1. Plaintiff may proceed on his Eighth Amendment claims against Defendant Bradley Bigford.

2. Case No. 1:20-cv-00341-BLW shall be de-consolidated from this case.

**SUCCESSIVE REVIEW ORDER - 1**

3. Plaintiff's Motion to File Third Amended Complaint (Dkt. 17) is GRANTED.

4. Plaintiff's Motion to Require Defendant to Reply to Third Amended Complaint (Dkt. 19) is DENIED as MOOT.

5. Defendant Bradley Bigford will be allowed to waive service of summons by executing, or having their counsel execute, the Waiver of Service of Summons as provided by Fed. R. Civ. P. 4(d) and returning it to the Court within 30 days. If Defendants choose to return the Waiver of Service of Summons, the answer or pre-answer motion will be due in accordance with Rule 12(a)(1)(A)(ii). Accordingly, the Clerk of Court will forward a copy of the Third Amended Complaint and Supplement (Dkts. 18, 20), a copy of this Order, and a Waiver of Service of Summons to the following counsel:

> Ada County Prosecutor
> 200 W Front Street, #3191
> Boise, ID  83702.

6. Should any entity determine that the individuals for whom counsel for the entity was served with a waiver are not, in fact, its employees or former employees, or that its attorney will not be appearing for the entity or for particular former employees, it should file a notice within the CM/ECF system, with a copy mailed to Plaintiff, indicating which individuals for whom service will not be waived.

7. If Plaintiff receives a notice from Defendants indicating that service

will not be waived for an entity or certain individuals, Plaintiff will have an additional 90 days from the date of such notice to file a notice of physical service addresses of the remaining Defendants, or claims against them will be dismissed without prejudice without further notice.

8. The parties must follow the deadlines and guidelines in the Standard Disclosure and Discovery Order for Pro Se Prisoner Civil Rights Cases, issued with this Order.

9. Dispositive motions must be filed no later than 300 days after entry of this Order.

10. Each party must ensure that all documents filed with the Court are simultaneously served upon the opposing party (through counsel if the party has counsel) by first-class mail or via the CM/ECF system, pursuant to Federal Rule of Civil Procedure 5. Each party must sign and attach a proper mailing certificate to each document filed with the court, showing the manner of service, date of service, address of service, and name of person upon whom service was made.

11. The Court will not consider ex parte requests unless a motion may be heard ex parte according to the rules and the motion is clearly identified as requesting an ex parte order, pursuant to Local Rule of Civil Practice before the United States District Court for the District

of Idaho 7.2. ("Ex parte" means that a party has provided a document to the court, but that the party did not provide a copy of the document to the other party to the litigation.)

12. All Court filings requesting relief or requesting that the Court make a ruling or take an action of any kind must be in the form of a pleading or motion, with an appropriate caption designating the name of the pleading or motion, served on all parties to the litigation, pursuant to Federal Rule of Civil Procedure 7, 10 and 11, and Local Rules of Civil Practice before the United States District Court for the District of Idaho 5.1 and 7.1. The Court will not consider requests made in the form of letters.

13. No party may have more than three pending motions before the Court at one time, and no party may file a motion on a particular subject matter if that party has another motion on the same subject matter currently pending before the Court. Motions submitted in violation of this Order may be stricken, summarily denied, or returned to the moving party unfiled.

14. Plaintiff must notify the Court immediately if Plaintiff's address changes. Failure to do so may be cause for dismissal of this case without further notice.

15. Pursuant to General Order 324, this action is hereby returned to the

Clerk of Court for random civil case assignment to a presiding judge, on the proportionate basis previously determined by the District Judges, having given due consideration to the existing caseload.

DATED: January 4, 2021

B. Lynn Winmill
U.S. District Court Judge